## SECOND DEPARTMENT, FEBRUARY, 1933.

In the Matter of the Application of FRED J. CRICK, Respondent, for a Mandamus Order Directing the Granting of a Building Permit, against GEORGE F. ROGERS, Building Inspector for the Town of Bedford, Westchester County, New York, Appellant.— The decision of this court handed down on October 31, 1932 [236 App. Div. 814], is hereby amended to read as follows: Peremptory mandamus order unanimously affirmed, with costs, as a matter of law and not "in the exercise of discretion. No opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

LEITO KILDARE ADAMS, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of FRANCIS WRIGHT CLINTON, Deceased, Appellant. (Appeal No. 1.) — Motion to vacate the decision made by this court on January 23, 1933 [237 App. Div. 900], and the order entered thereon, and to permit appellant to withdraw said appeal granted on condition that appellant pay to respondent her costs and taxable disbursements on said appeal together with ten dollars costs of this motion; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

BELVA B. BARRIE, Respondent, v. RICHARD BARRIE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

RICHARD BENNETT, Plaintiff, v. JOHN W. BIRD and Others, Defendants. ROBERT AMORY, Appellant; BENJAMIN F. MEFFERT, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

BROOKLYN TRUST COMPANY, Respondent, v. EQUITABLE ELECTRIC CO., INC., and Others, Defendants; INTERNATIONAL TIME RECORDING COMPANY OF NEW YORK and SIGNAL ENGINEERING AND MANUFACTURING COMPANY, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

RUTH ENGLANDER COHEN, as Administratrix of the Estate of ABRAHAM COHEN, Deceased, Appellant, v. HARMON NATIONAL REAL ESTATE CORPORATION, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

ANNA W. ZBYSZKO CYGANIEWICZ, Respondent, v. WLADEK ZBYSZKO CYGANIEWICZ, Appellant.— Motion for reargument denied, with ten dollars costs. The filing of the notice of trial by plaintiff was not overlooked, our decision simply holding that upon the actual trial being moved, the defendant could then, if so advised, demand a jury trial. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ. [See 237 App. Div. 902.]

WILLIAM FORST and ANNA FORST, Respondents, v. KINGS ACE HIGH LAUNDRY, INC., Appellant, and " JOHN DOE," etc., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.